Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Dissenting: THACHER and DYE, JJ., who vote to affirm the judgment of conviction.

In the Matter of the Claim of MARY PINTO, Respondent, against COMPETENT FUR DRESSERS, INC., et al., Appellants, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 13, 1948; decided March 11, 1948.

*Sidney A. Schwartz* and *Edward Ash* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

*Martin Shulman* and *Paul V. Petrillo* for Mary Pinto, respondent.

*Bernard Katzen, General Attorney* (*George J. Hayes* and *Victor Fiddler* of counsel), for the State Insurance Fund, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.